IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR621-002 |
| | ) | |
| TRACY KIRKLAND | ) | |

PLEA TO FELONY INFORMATION

The Defendant, TRACY KIRKLAND, having waived indictment in open court, and with the consent of the Court, hereby enters a plea of Guilty to Count One of the Information.

This 19th day of March, 2021.

_____
TRACY KIRKLAND, Defendant

_____
WILLIAM MICHAEL MALONE HART,
Attorney for Defendant