UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

SENTENCING MINUTES

CRIMINAL CASE NO. CR621-002　　DATE: 07/15/2021
USA V. Tracy Kirkland　　TIME: 158 pm to 214 pm
JUDGE: Honorable J. Randal Hall　　COURTROOM DEPUTY: Lisa Widener
COURT REPORTER: ~~Rhea Rangel~~ Lisa Davenport

ATTORNEY(S) FOR THE GOVERNMENT: Steven Lee
ATTORNEY(S) FOR THE DEFENDANT: William Malone Hart
PROBATION OFFICER: Brian Mills
DEFENDANT SENTENCED ON COUNTS(S): One

- Y PSI reviewed in full
- N Objections to factual basis
- N Objections to Guideline Calculations
- N Changes ordered
- N Factual Witnesses
- Y Statement by Counsel
- N Statement by Defendant
- Y Appeal rights of defendant explained / (waived)

Facility requested/recommended: ___

Defendant remanded Y
Voluntary surrender —
Departure from guidelines N

Custody: 33 months
Supervised Release: 3 years
Y Standard and Special Conditions of Release to be explained by USPO and a written copy to be provided to defendant
Probation —
Fine $ -0-
Restitution $ 66,400.00
Special Assessment $ 100.00
Community Service: — hours within — months of release
Dismiss Count(s) —
Plea agreement accepted Y
Upward — Downward —